UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAPIRSTEIN-STONE-WEISS
FOUNDATION, et al.,

        Plaintiffs,

-against-

J. EZRA MERKIN AND GABRIEL CAPITAL
CORPORATION

        Defendants.

No. 1:13-cv-415 (VM) ECF Case

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Kristina A. Moon of Dechert LLP, hereby enter my appearance as counsel of record on behalf of Defendants J. Ezra Merkin and Gabriel Capital Corporation in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       March 26, 2013

                           DECHERT LLP

                           By: /s/ Kristina A. Moon
                               Kristina A. Moon
                               kristina.moon@dechert.com
                               1095 Avenue of the Americas
                               New York, NY 10036
                         Tel. (212) 698-3500
                         Fax (212) 698-3599

                         Defendants J. Ezra Merkin and
                         Gabriel Capital Corporation