UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAPIRSTEIN-STONE-WEISS FOUNDATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>J. EZRA MERKIN, et al.,<br><br>Defendants. | No. 13-Civ-415 (VM)<br><br>ECF Case |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
GABRIEL CAPITAL COPRORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Gabriel Capital Corporation hereby submits its corporate disclosure statement. Defendant Gabriel Capital Corporation has no parent corporation, and no publicly held company holds 10% or more of Defendant Gabriel Capital Corporation's stock.

Dated: New York, New York
       March 26, 2013

                                            DECHERT LLP

                                            By: _____
                                                 Andrew J. Levander
                                                 Neil A. Steiner
                                                 Kristina A. Moon
                                                 1095 Avenue of the Americas
                                                 New York, New York 10036
                                                 (212) 698-3500
                                                 andrew.levander@dechert.com
                                                 *Attorneys for J. Ezra Merkin and
                                                 Gabriel Capital Corporation*

14843026